DANIEL R. MCNUTT (SBN 7815)
MATTHEW WOLF (SBN 108001)
CARBAJAL & MCNUTT, LLP
625 South Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-1170
Facsimile: (702) 384-5529
drm@cmlawnv.com
mcw@cmlawnv.com

CHRISTOPHER J. MAJOR *
MEISTER SEELIG & FEIN LLP
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 655-3500
Facsimile: (212) 655-3535
cjm@msf-law.com
* Admitted Pro Hac Vice
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEFFREY SOFFER, an individual; JACQUELYN SOFFER, an individual; TURNBERRY CAPITAL, LLC, a Florida limited liability company, J & JS TOWN SQUARE, LLC, a Delaware limited liability company, and TURNBERRY TOWN SQUARE, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>FIVE MILE CAPITAL PARTNERS LLC, a Delaware limited liability company; FIVE MILE CAPITAL II POOLING INTERNATIONAL, LLC, a Delaware limited liability company; FIVE MILE CAPITAL II TOWN SQUARE SPE, LLC, a Delaware limited liability company; JAMES G. GLASGOW, JR., an individual; DAVID J. LATTIMER, an individual; DOES 1-10, ROES 1-10,<br><br>Defendants. | Case No.: 2:12-cv-1407 RFB-GWF<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that the parties have settled the above-referenced matter. A fully executed settlement agreement has been exchanged. The Parties jointly request that all pre-trial deadlines and hearings be vacated and that the Court adjourn the scheduled trial

for approximately three months subject to the Court's calendar in contemplation of the filing of a stipulation of dismissal with prejudice within thirty business days.

DATED this 13th day of September, 2016.

| CARBAJAL & MCNUTT, LLP | McDONALD CARANO WILSON LLP |
|---|---|
| */s/ Dan McNutt* | */s/ Pat Lundvall* |
| Dan McNutt (NSBN 7815) | James W. Bradshaw (NSBN 1638) |
| Matthew Wolf (NSBN 6247) | Pat Lundvall (NSBN 3761) |
| 625 South Eighth Street | Kristen T. Gallagher (NSBN 9561) |
| Las Vegas, Nevada 89101 | 2300 West Sahara Avenue, Suite 1000 |
| drm@cmlawnv.com | Las Vegas, Nevada 89102 |
| hjc@cmlawnv.com | jbradshaw@mcdonaldcarano.com |
|  | lundvall@mcdonaldcarano.com |
| and | kgallagher@mcdonaldcarano.com |
|  |  |
| MEISTER SEELIG & FEIN LLP | HAYNES AND BOONE, LLP |
| Stephen B. Meister | David Fleischer |
| Christopher J. Major | 30 Rockefeller Plaza, 26th Floor |
| 125 Park Avenue, 7th Floor | New York, NY 10112 |
| New York, NY 10017 | david.fleischer@haynesboone.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on the 13th day of September, 2016, I caused service of the foregoing **NOTICE OF SETTLEMENT** via electronic mail through the United States District Court's CM/ECF system to the following at the e-mail address provided in the e-service list:

James W. Bradshaw (NSBN 1638)
Pat Lundvall (NSBN 3761)
Kristen T. Gallagher (NSBN 9561)
McDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
jbradshaw@mcdonaldcarano.com
plundvall@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com

David Fleischer (admitted *pro hac vice*)
Louis Solomon (admitted *pro hac vice*)
HAYNES AND BOONE, LLP
30 Rockefeller Center, 26th Floor
New York, NY 10112
david.fleischer@haynesboone.com
louis.solomon@haynesboone.com

*Attorneys for Defendants*

                                                */s/ Lisa A. Heller*
                                                Employee of Carbajal & McNutt, LLP