PAT LUNDVALL (NSBN 3761)
KRISTEN T. GALLAGHER (NSBN 9561)
McDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
lundvall@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com

DAVID FLEISCHER (admitted *pro hac vice*)
HAYNES AND BOONE, LLP
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
Telephone: (212) 659-7300
david.fleischer@haynesboone.com

ANNE M. JOHNSON (admitted *pro hac vice*)
ANDREW W. GUTHRIE (admitted *pro hac vice*)
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
anne.johnson@haynesboone.com
andrew.guthrie@haynesboone.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY SOFFER, an individual; JACQUELYN SOFFER, an individual; TURNBERRY CAPITAL, LLC, a Florida limited liability company, J & JS TOWN SQUARE, LLC, a Delaware limited liability company, and TURNBERRY TOWN SQUARE, LLC, a Delaware limited liability company, | Case No: 2:12-cv-01407-RFB-GWF |
| Plaintiffs,<br>vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |
| FIVE MILE CAPITAL PARTNERS, LLC, a Delaware limited liability company; FIVE MILE CAPITAL II POOLING INTERNATIONAL, LLC, a Connecticut limited liability company; FIVE MILE CAPITAL II TOWN SQUARE SPE, LLC, a Delaware limited liability company; JAMES G. GLASGOW, JR., an individual; DAVID J. LATTIMER, an individual; | |

LEGAL_US_E # 123635984.4

DOES 1-10, ROES 1-10,

        Defendants.

Plaintiffs JEFFREY SOFFER, JACQUELYN SOFFER, TURNBERRY CAPITAL, LLC, J & JS TOWN SQUARE, LLC, TURNBERRY TOWN SQUARE, LLC, and Defendants FIVE MILE CAPITAL PARTNERS, LLC, FIVE MILE CAPITAL II POOLING INTERNATIONAL, LLC, FIVE MILE CAPITAL II TOWN SQUARE SPE, LLC, JAMES G. GLASGOW, JR., and DAVID J. LATTIMER, by and through their undersigned attorneys, stipulate to dismiss this case with prejudice, with each party to bear its own attorneys' fees and costs.

DATED this \_\_\_8\_\_\_ day of September, 2016.

        McDONALD CARANO WILSON LLP

        By: /s/ Pat Lundvall
        PAT LUNDVALL (NSBN 3761)
        KRISTEN T. GALLAGHER (NSBN 9561)
        McDONALD CARANO WILSON LLP
        2300 West Sahara Avenue, Suite 1200
        Las Vegas, Nevada 89102
        Telephone: (702) 873-4100
        lundvall@mcdonaldcarano.com
        kgallagher@mcdonaldcarano.com

        DAVID FLEISCHER (admitted *pro hac vice*)
        HAYNES AND BOONE, LLP
        30 Rockefeller Plaza, 26th Floor
        New York, New York 10112
        Telephone: (212) 659-7300
        david.fleischer@haynesboone.com

        ANNE M. JOHNSON (admitted *pro hac vice*)
        ANDREW W. GUTHRIE (admitted *pro hac vice*)
        HAYNES AND BOONE, LLP
        2323 Victory Avenue, Suite 700
        Dallas, Texas 75219
        Telephone: (214) 651-5000

anne.johnson@haynesboone.com
andrew.guthrie@haynesboone.com

*Attorneys for Defendants*

DATED this \_\_9TH\_\_ day of September, 2016.

CARBAJAL & MCNUTT, LLP

By: _____
Daniel R. McNutt
Hector J. Carbajal II
625 South Eighth Street
Las Vegas, NV 89101
drm@cmlawnv.com
hjc@cmlawnv.com

Stephen B. Meister
Christopher J. Major
MEISTER SEELIG & FEIN
125 Park Avenue, 7th floor
New York, NY 10017
212-655-3500
sbm@msf-law.com
cjm@msf-law.com

*Attorneys for Plaintiffs*

Dated: September _____, 2016

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE